922

No. 04–942. JOSHI v. ST. LUKE'S PRESBYTERIAN-EPISCOPALIAN HOSPITAL, INC., ET AL. Ct. App. Mo. Certiorari denied.

No. 04–945. BRONCO WINE CO. ET AL. v. JOLLY, DIRECTOR, CALIFORNIA DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 04–950. CITY OF MOBILE, ALABAMA v. HORNE ET AL. Sup. Ct. Miss. Certiorari denied.

No. 04–953. WAREKE v. MULDER ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–957. BOULANGER v. DUNKIN' DONUTS INC. Sup. Jud. Ct. Mass. Certiorari denied.

No. 04–962. MORRIS v. TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 04–963. MOBILE AREA WATER AND SEWER SYSTEM, BOARD OF WATER AND SEWER COMMISSIONERS OF THE CITY OF MOBILE, ALABAMA v. HORNE ET AL. Sup. Ct. Miss. Certiorari denied.

No. 04–965. GRINE ET AL. v. COOMBS, EXECUTOR OF THE ESTATE OF COOMBS, DECEASED, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–966. BRADSHAW ET AL. v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 04–968. CHARLOTTE COUNTY, FLORIDA v. ARMSTRONG. C. A. 11th Cir. Certiorari denied.

No. 04–970. RODRIGUEZ v. ANSETT AUSTRALIA, LTD., ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–974. SPRINGER v. SUPREME COURT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied.